1  Kevin R. Martin, SBN 176853
   kmartin@randicklaw.com
2  Patrick E. Guevara, SBN 202727
   pguevara@randicklaw.com
3  RANDICK O'DEA & TOOLIATOS, LLP
   5000 Hopyard Road, Suite 400
4  Pleasanton, California 94588
   Telephone    (925) 460-3700
5  Facsimile    (925) 460-0969

6  Attorneys for Plaintiff Promotopia Inc.

7

FILED
OCT 30 PM 3: 54
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11  PROMOTOPIA INC., a California        Case No.:                 05533
    corporation.
12                                       COMPLAINT FOR DECLARATORY
                 Plaintiff,              RELIEF                     BZ
13
         vs.
14
    A&W PRODUCTS CO., INC, a New
15  York corporation, and GEORG
    AUGUSTIN, an individual.
16
                 Defendant.
17

18

19       Plaintiff Promotopia, Inc. ("Promotopia" or "Plaintiff"), by its undersigned attorneys, for

20  its complaint against defendants A&W Products Co., Inc. ("A&W") and Georg Augustin

21  ("Augustin"), hereby allege as follows:

22                                **NATURE OF ACTION**

23       1.      This lawsuit seeks to put an end to A&W's repeated and unjustified accusations

24  that Promotopia does not have the rights to use the registered mark KRAZY CUTTER® and that

25  Promotopia's ceramic cutter infringes on A&W's patents. A&W has threatened legal action

26  against Promotopia, its distributors, and its customers for alleged trademark and patent

27  infringement. A&W's unsupported claims have, and continue to, put Promotopia under a

28  reasonable and serious apprehension of imminent suit. With this complaint, Promotopia seeks

1  declaratory judgment that Promotopia is the exclusive owner of the registered mark KRAZY
2  CUTTER® (the "Mark") throughout the United States and that Promotopia does not infringe on
3  any valid and enforceable claims of the defendants' patents.

## THE PARTIES

2. Plaintiff Promotopia is a California corporation with its principal place of business located in the City of Campbell in Santa Clara County, California. Promotopia is in the business of manufacturing and importing premium ceramic cutting devices.

3. On information and belief, defendant A&W Products Co., Inc. is a New York corporation with its principal place of business in Port Jervis, New York.

4. On information and belief, A&W is conducting systematic and continuous business in California through nationwide distributors as well as a website located at http://www.awproducts.com to sell office and school supplies such as pens, pencils, scissors, clipboards, and calculators.

5. On information and belief, defendant Augustin is an individual residing in Sparrowbush, New York. Augustin is the inventor of record for United States Patent No. 5,475,928 (the "'928 Patent") and United States Design Patent No. 388,683 (the "'683 Design Patent"). On information and belief, Augustin granted A&W a license to the '928 Patent and the '683 Design Patent.

## JURISDICTION AND VENUE

6. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a) and 2201(a).

7. This Court has jurisdiction over A&W since it has conducted systematic and continuous business in California and has purposefully directed its activities to California.

8. Venue is proper in the Northern District of California under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to this action occurred in this District.

///

///

## INTRADISTRICT ASSIGNMENT

9. Pursuant to Civil L.R.. 3-2(d), assignment to the San Jose Division is proper because a substantial part of the events giving rise to this action occurred in Santa Clara County, California.

## GENERAL ALLEGATIONS

10. Since at least 2004, Promotopia and its predecessors-in-interest have sold premium ceramic cutters under the mark KRAZY CUTTER® nationwide.

11. Promotopia is the owner of United States Design Patent D500,657 entitled "CD Opener and Single Sheet Paper Cutter," (the " '657 Design Patent") which was issued on January 11, 2005 and was subsequently assigned to Promotopia. A copy of the '657 Design Patent is attached and incorporated by reference as Exhibit A.

12. Promotopia is the owner of United States Trademark Registration No. 3,065,851 for the mark KRAZY CUTTER®, which was issued on March 7, 2006 and was subsequently assigned to Promotopia. A copy of the certificate of registration for Promotopia's KRAZY CUTTER® mark is attached and incorporated by reference as Exhibit B. The application for this registration was filed on March 14, 2005 and was approved without any third party opposition.

13. On or around October 12, 2007, A&W's counsel sent numerous letters to Promotopia's distributors, customers, and partners, including California Creations located in Tustin, California, asserting that the offers for sale and sales of Promotopia's ceramic cutters infringe on A&W's patents and trademarks, including Patent '928. In these letters, A&W threatened to take legal action to enforce its alleged patent and trademark rights.

14. On or around October 17, 2007, Promotopia's counsel sent A&W's counsel a written response pointing out that a registration allegedly owned by A&W for the trademark "Krazy Cutter" for a "paper cutting scribe" was cancelled on November 29, 2003 and that Promotopia's ceramic cutter does not infringe on any of A&W's patents. Promotopia's counsel invited A&W to provide Promotopia with a claim-by-claim analysis to support all of A&W's allegation of infringement of the '928 patent.

15. On or around October 23, 2007, A&W's counsel sent Promotopia's counsel a responsive letter that claimed A&W has superior rights to the design described in Promotopia's '657 Design Patent and to Promotopia's KRAZY CUTTER® mark. In its response, A&W failed to provide Promotopia any explanations or analyses to support allegations that Promotopia is infringing Patent '928.

16. Promotopia is continuing to make, use, sell or offer for sale ceramic cutters that A&W incorrectly claims infringe the '928 Patent and the '683 Design Patent. Because the '928 Patent and '683 Design Patent are not infringed, are not enforceable, and are invalid, Promotopia has no intention to take a license under these patents. Promotopia is under a reasonable and serious apprehension that it will imminently be sued by A&W for infringement of the '928 Patent and the '683 Design Patent.

17. Promotopia is continuing to use its registered mark KRAZY CUTTER® throughout the United States. Because A&W does not have any rights in the mark Krazy Cutter, Promotopia has no intention to take a license for the mark. Promotopia is under a reasonable and serious apprehension that it will imminently be sued by A&W for infringement of its alleged trademark rights in the term Krazy Cutter.

## I.    FIRST CLAIM FOR RELIEF
## (DECLARATORY JUDGMENT OF TRADEMARK RIGHTS)

18. Plaintiff realleges and incorporates by reference herein paragraphs 1 through 17, above.

19. Promotopia is the owner of the mark KRAZY CUTTER® in connection with hand held cutting tools.

20. A&W has no trademark rights in the term "Krazy Cutter" or any other term confusingly similar to "Krazy Cutter."

21. A&W has abandoned the mark "Krazy Cutter" or any other mark confusingly similar to "Krazy Cutter" prior to Promotopia's use and adoption of its KRAZY CUTTER® mark.

4

22. Promotopia seeks a declaration that pursuant to its registration and use it has exclusive rights to use the mark KRAZY CUTTER® throughout the United States in connection with hand held cutting tools and substantially similar goods and services.

## II.   SECOND CLAIM FOR RELIEF

### (DECLARATORY JUDGMENT OF TRADEMARK NONINFRINGEMENT)

23. Plaintiff realleges and incorporates by reference herein paragraphs 1 through 22, above.

24. Promotopia seeks a declaration that it has not and does not infringe on any valid and enforceable trademark owned by A&W.

## III.   THIRD CLAIM FOR RELIEF

### (DECLARATORY JUDGMENT OF DESIGN PATENT NONINFRINGEMENT)

25. Plaintiff realleges and incorporates by reference herein paragraphs 1 through 24, above.

26. Promotopia's cutter design is not substantially the same as A&W's '683 Design Patent.

27. Promotopia's cutter design does not appropriate the novelty in A&W's '683 Design Patent that distinguishes itself from prior art.

28. Promotopia seeks a declaration that it has not and does not infringe on the '683 Design Patent.

## IV.   FOURTH CLAIM FOR RELIEF

### (DECLARATORY JUDGMENT OF INVALIDITY)

29. Plaintiff realleges and incorporates by reference herein paragraphs 1 through 28, above.

30. The claims of the '928 Patent are invalid for failure to meet the requirements of the patent laws of the United States, including 35 U.S.C. §§ 102, 103, and 112.

31. Promotopia seeks a declaration that the claims of the '928 Patent are invalid.

## V. FIFTH CLAIM FOR RELIEF

### (DECLARATORY JUDGMENT OF PATENT NONINFRINGEMENT)

32. Plaintiff realleges and incorporates by reference herein paragraphs 1 through 31, above.

33. Promotopia seeks a declaration that it has not infringed any claims of the '928 Patent.

## PRAYER

WHEREFORE, Plaintiff requests that the Court:

1. Enter an order declaring that Promotopia has exclusive rights to use the mark KRAZY CUTTER® throughout the United States in connection with hand held cutting tools and substantially similar goods and services;

2. Enter an order declaring that Promotopia has not and does not infringe on any valid and enforceable trademark owned by A&W;

3. Enter an order declaring that Promotopia has not and does not infringe on the '683 Design Patent;

4. Enter an order declaring that the claims of the '928 Patent are invalid;

5. Enter an order declaring that Promotopia that it has not infringed any claims of the '928 Patent;

6. Award Plaintiff its costs and attorney's fees; and

7. Provide all such other and further relief as the Court deems just and proper.

///
///

## DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial on all issues triable by a jury.

Date: October 30, 2007                    RANDICK O'DEA & TOOLIATOS, LLP

*Kevin R. Martin*

By: _____
Kevin R. Martin



US00D500657S

## (12) United States Design Patent
### Scimone

(10) Patent No.: **US D500,657 S**
(45) Date of Patent: ★★ **Jan. 11, 2005**

(54) **CD OPENER AND SINGLE SHEET PAPER CUTTER**

(76) Inventor: Thomas John Scimone, 1658 Hicks Ave., San Jose, CA (US) 95125

(\*\*) Term: 14 Years

(21) Appl. No.: 29/162,864

(22) Filed: Jun. 22, 2002

(51) LOC (7) Cl. ................................................. 08-03
(52) U.S. Cl. ............................................ D8/98; D19/65
(58) Field of Search ............................. D8/98, 102, 103, D8/104, 99; D19/35, 36, 65, 72, 86, 99, 100; D21/656; 30/2, 287, 289, 294, 280, 310, 319, DIG. 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,265,926 A | * | 5/1918 | Ludlam | D21/656 |
| D137,923 S | * | 5/1944 | Beard | D8/98 |
| 2,567,102 A | * | 9/1951 | Cook | 30/294 |
| D204,673 S | * | 5/1966 | Steen | D8/98 |
| 3,383,768 A | * | 5/1968 | Hamilton | 30/287 |
| D230,824 S | * | 3/1974 | Goffe | D8/102 |
| D240,190 S | * | 6/1976 | Cleveland | D8/103 |
| 5,127,161 A | * | 7/1992 | Ikeda | 30/294 |
| D337,930 S | * | 8/1993 | Jones, Jr. | D8/98 |
| D342,201 S | * | 12/1993 | Hsu | D8/102 |
| D424,397 S | * | 5/2000 | Wiseman | D8/98 |
| D476,876 S | * | 7/2003 | Hall | D8/98 |

\* cited by examiner

*Primary Examiner*—Martie K. Holtje
(74) *Attorney, Agent, or Firm*—Paul R. Martin

(57) **CLAIM**

The ornamental design for a CD opener and single sheet paper cutter, as shown and described.

**DESCRIPTION**

FIG. 1 is a bottom perspective view of a CD opener and single sheet paper cutter showing my new design;
FIG. 2 is a top perspective view thereof;
FIG. 3 is a side elevational view thereof;
FIG. 4 is an enlarged fragmentary view showing the cutting blade within the portion indicated by arrows 4—4 in FIG. 3; and,
FIG. 5 is a front elevational view thereof.

**1 Claim, 1 Drawing Sheet**





EXHIBIT A

**U.S. Patent**  Jan. 11, 2005  **US D500,657 S**



Fig. 1

Fig. 4

Fig. 2

Fig. 5

Fig. 3

Int. Cl.: **8**

Prior U.S. Cls.: **23, 28 and 44**

**United States Patent and Trademark Office**

Reg. No. 3,065,851
Registered Mar. 7, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# KRAZY CUTTER

SCIMONE, THOMAS JOHN (UNITED STATES INDIVIDUAL)
954 ROBIN LANE
CAMPBELL, CA 95008

FOR: HAND HELD CUTTING TOOL CONTAINING A CERAMIC CUTTING BLADE FOR THE OPENING OF COMPACT DISCS AND DVD CONTAINERS AND FOR CUTTING SINGLE-SHEET MATERIALS, NAMELY, PAPER AND PLASTIC, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 10-31-2004; IN COMMERCE 10-31-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CUTTER", APART FROM THE MARK AS SHOWN.

SER. NO. 78-586,417, FILED 3-14-2005.

DAHLIA GEORGE, EXAMINING ATTORNEY

EXHIBIT B