1  **Kevin R. Martin, SBN 176853**
   kmartin@randicklaw.com
2  **Patrick E. Guevara, SBN 202727**
   pguevara@randicklaw.com
3  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
4  Pleasanton, California  94588
   Telephone      (925) 460-3700
5  Facsimile      (925) 460-0969

6  Attorneys for Plaintiff PROMOTOPIA INC.

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| PROMOTOPIA INC., a California corporation. | Case No.: C07-5533 BZ |
| Plaintiff, | **NOTICE OF SETTLEMENT, REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER GRANTING CONTINUANCE** |
| vs. | |
| A&W PRODUCTS CO., INC, a New York corporation, and GEORG AUGUSTIN, an individual. | |
| Defendant. | |

19 TO THE HONORABLE U.S. MAGISTRATE JUDGE ZIMMERMAN:

20     Plaintiff Promotopia Inc. ("Plaintiff") has settled this action with the named defendants

21 without having to serve its Summons and Complaint.   Plaintiff and defendants have agreed to

22 the terms of the settlement and are currently finalizing a written settlement agreement.   Plaintiff

23 expects that the written settlement agreement with defendants will be executed in the next few

24 weeks.

25     To allow Plaintiff adequate time to conclude the settlement with defendants and then

26 dismiss this action, Plaintiff respectfully requests a continuance of the initial Case Management

27 Conference currently scheduled for March 10, 2008 at 4:00 p.m. to May 4, 2008 at 4:00 p.m.

28

1

C07-5533 BZ
NOTICE OF SETTLEMENT, REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE,
AND [PROPOSED] ORDER GRANTING CONTINUANCE
166674

1  Plaintiff's counsel has requested this date with the Court's Courtroom Deputy, Lashanda Scott,
2  pending the Court's approval.

4  Date:   February 29, 2008                    RANDICK O'DEA & TOOLIATOS, LLP

7                                               By: _____
                                                      Patrick E. Guevara

10 **THE FOREGOING REQUEST FOR CONTINUANCE**
   **IS APPROVED AND IS SO ORDERED:**

13 Date: _____              _____
14                                       United States Magistrate Judge

2

C07-5533 BZ
NOTICE OF SETTLEMENT, REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE,
AND [PROPOSED] ORDER GRANTING CONTINUANCE
166674