1  **Kevin R. Martin, SBN 176853**
   kmartin@randicklaw.com
2  **Patrick E. Guevara, SBN 202727**
   pguevara@randicklaw.com
3  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
4  Pleasanton, California  94588
   Telephone     (925) 460-3700
5  Facsimile      (925) 460-0969

6  Attorneys for Plaintiff PROMOTOPIA INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| PROMOTOPIA INC., a California corporation. | Case No.: C07-5533 BZ |
| Plaintiff, | **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER GRANTING CONTINUANCE** |
| vs. | |
| A&W PRODUCTS CO., INC, a New York corporation, and GEORG AUGUSTIN, an individual. | Case Management Conference<br>Date:    May 5, 2008<br>Time:    4:00 p.m. |
| Defendant. | Judge:  U.S. Magistrate Judge Zimmerman |

20  TO THE HONORABLE U.S. MAGISTRATE JUDGE ZIMMERMAN:

21       Plaintiff Promotopia Inc. ("Plaintiff") has settled this action with the named defendants

22  without having to serve its Summons and Complaint.    Plaintiff previously requested and was

23  granted a continuance of the initial case management conference to May 5, 2008.    Plaintiff and

24  defendants counsel have drafted a settlement agreement and are working with their respective

25  clients to execute the agreement.

26       To allow Plaintiff time to conclude the settlement with defendants and then dismiss this

27  action, Plaintiff respectfully requests a continuance of the initial Case Management Conference

28

currently scheduled for May 5, 2008 at 4:00 p.m. to June 16, 2008 at 4:00 p.m.

Date: April 28, 2008                    RANDICK O'DEA & TOOLIATOS, LLP

By: _____
    Patrick E. Guevara

**THE FOREGOING REQUEST FOR CONTINUANCE IS APPROVED AND IS SO ORDERED:**

Date: April 28, 2008                    _____
                                        United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA