1  **Kevin R. Martin, SBN 176853**
   **kmartin@randicklaw.com**
2  **Patrick E. Guevara, SBN 202727**
   **pguevara@randicklaw.com**
3  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
4  Pleasanton, California  94588
   Telephone      (925) 460-3700
5  Facsimile      (925) 460-0969

6  Attorneys for Plaintiff PROMOTOPIA INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                     **SAN FRANCISCO DIVISION**

11

12  PROMOTOPIA INC., a California           Case No.: C07-5533 BZ
    corporation.
13                                          **REQUEST FOR CONTINUANCE OF CASE**
                    Plaintiff,              **MANAGEMENT CONFERENCE AND**
14                                          **[PROPOSED] ORDER GRANTING**
          vs.                               **CONTINUANCE**
15
    A&W PRODUCTS CO., INC, a New
16  York corporation, and GEORG             Case Management Conference
    AUGUSTIN, an individual.                Date:    June 16, 2008
17                                          Time:    4:00 p.m.
                    Defendant.              Judge:   U.S. Magistrate Judge Zimmerman
18

19

20  TO THE HONORABLE U.S. MAGISTRATE JUDGE ZIMMERMAN:

21        Plaintiff Promotopia Inc. ("Plaintiff") has settled this action with the named defendants

22  without having to serve its Summons and Complaint.   Plaintiff previously requested and was

23  granted a continuance of the initial case management conference to June 16, 2008.   Plaintiff and

24  defendants' counsel have drafted a settlement agreement; however, the parties have reached an

25  impasse on finalizing one of the terms.  The parties' counsel continue their efforts to finalize the

26  settlement agreement.

27        To allow Plaintiff time to conclude the settlement with defendants and then dismiss this

28                                                                                         1

1    action, Plaintiff respectfully requests a continuance of the initial Case Management Conference

2    currently scheduled for June 16, 2008 at 4:00 p.m. to <u>August 25, 2008</u> at 4:00 p.m.

3

4    Date:   June 9, 2008                           RANDICK O'DEA & TOOLIATOS, LLP

5

6

7                                                   By: _____

8                                                        Patrick E. Guevara

9

10

11   **THE FOREGOING REQUEST FOR CONTINUANCE**
     **IS APPROVED AND IS SO ORDERED:**

12

13

14   Date:   _____          _____
                                         United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27
                                                                                    2
28