1  **Kevin R. Martin, SBN 176853**
   **kmartin@randicklaw.com**
2  **Patrick E. Guevara, SBN 202727**
   **pguevara@randicklaw.com**
3  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
4  Pleasanton, California  94588
   Telephone      (925) 460-3700
5  Facsimile       (925) 460-0969

6  Attorneys for Plaintiff PROMOTOPIA INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                     **SAN FRANCISCO DIVISION**

11

12  PROMOTOPIA INC., a California         Case No.: C07-5533 BZ
    corporation.
13                                        **REQUEST FOR CONTINUANCE OF CASE**
                         Plaintiff,       **MANAGEMENT CONFERENCE AND**
14                                        **~~[PROPOSED]~~ ORDER GRANTING**
            vs.                           **CONTINUANCE**
15  A&W PRODUCTS CO., INC, a New
    York corporation, and GEORG          Case Management Conference
16  AUGUSTIN, an individual.             Date:      June 16, 2008
                                          Time:      4:00 p.m.
17                       Defendant.       Judge:     U.S. Magistrate Judge Zimmerman

18

19

20  TO THE HONORABLE U.S. MAGISTRATE JUDGE ZIMMERMAN:

21          Plaintiff Promotopia Inc. ("Plaintiff") has settled this action with the named defendants

22  without having to serve its Summons and Complaint.    Plaintiff previously requested and was

23  granted a continuance of the initial case management conference to June 16, 2008.    Plaintiff and

24  defendants' counsel have drafted a settlement agreement; however, the parties have reached an

25  impasse on finalizing one of the terms.   The parties' counsel continue their efforts to finalize the

26  settlement agreement.

27          To allow Plaintiff time to conclude the settlement with defendants and then dismiss this

28                                                                                                1

1  action, Plaintiff respectfully requests a continuance of the initial Case Management Conference

2  currently scheduled for June 16, 2008 at 4:00 p.m. to <u>August 25, 2008</u> at 4:00 p.m.

3

4  Date:   June 9, 2008                              RANDICK O'DEA & TOOLIATOS, LLP

5

6

7                                                    By:  _____

8                                                         Patrick E. Guevara

9

10

11  **THE FOREGOING REQUEST FOR CONTINUANCE
    IS APPROVED AND IS SO ORDERED:**

12

13

14  Date:   _ June 10, 2008 _____             _____

15                                                    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                                      2