1 **Kevin R. Martin, SBN 176853**
  kmartin@randicklaw.com
2 **Patrick E. Guevara, SBN 202727**
  pguevara@randicklaw.com
3 **RANDICK O'DEA & TOOLIATOS, LLP**
  5000 Hopyard Road, Suite 400
4 Pleasanton, California 94588
  Telephone    (925) 460-3700
5 Facsimile    (925) 460-0969

6 Attorneys for Plaintiff PROMOTOPIA INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PROMOTOPIA INC., a California corporation.<br><br>                Plaintiff,<br><br>        vs.<br><br>A&W PRODUCTS CO., INC, a New York corporation, and GEORG AUGUSTIN, an individual.<br><br>                Defendants. | Case No.: C07-5533 BZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case Management Conference<br>Date:   August 25, 2008<br>Time:   4:00 p.m.<br>Judge:  U.S. Magistrate Judge Zimmerman |

**NOTICE IS HEREBY GIVEN** that plaintiff Promotopia, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action stated in its Complaint filed on 10/20/2007 with the U.S. District Court for the Northern District of California against defendants A&W Products Co., Inc. and Georg Augustin.

Date: August 24, 2008              RANDICK O'DEA & TOOLIATOS, LLP

                                   By: _____
                                       Patrick E. Guevara