IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Promotopia Inc.,**

    Plaintiff(s),

 v.

**A&W Products Co., Inc., et al.**

    Defendant(s),
_____/

No. C 07-5533 BZ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Case Management Conference set for **8/25/08 at 4:00p.m.** is hereby **VACATED**.

Dated: 8/25/08

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
  Simone Voltz
  Courtroom Deputy